N.Y.S.D. Case #
18-cv-12134(JSR)

# UNITED STATES COURT OF APPEALS
## for the
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 12th day of April, two thousand and nineteen,

Simon J. Burchett Photography, Inc.,

    Plaintiff - Appellant,

Simon J. Burchett, Inc.,

    Plaintiff,

v.

Containers Direct, LLC, A.P. Moller Maersk A/S,

    Defendants - Appellees.

**ORDER**
Docket Number: 19-593

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: May 21 2019

A notice of appeal was filed on March 10, 2019. Appellant's Form C was due March 25, 2019. The case is deemed in default.

IT IS HEREBY ORDERED that the appeal will be dismissed effective April 26, 2019 if the form is not filed by that date.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

MANDATE

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 05/21/2019